In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

—————————

**NO. 09-21-00241-CV**

—————————

**IN THE INTEREST OF K.N.H.**

On Appeal from the 356th District Court
Hardin County, Texas
Trial Cause No. 53892

**MEMORANDUM OPINION**

Jessie James Hayes, Appellant, filed a notice of appeal from a final judgment signed on July 20, 2021. Appellant paid the filing fee for the appeal. On November 29, 2021, we notified the parties that the clerk's record had not been filed due to Appellant's failure to pay, or to arrange to pay, the District Clerk's fee for preparing the clerk's record and warned that the appeal would be dismissed for want of prosecution unless Appellant established that he had arranged to pay the fee or that he needed additional time to do so. See Tex. R. App. P. 37.3(b). Neither of the parties filed a response to our notice.

1

In the absence of a satisfactory explanation justifying Appellant's failure to arrange to pay for a clerk's record to support his appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3, 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 12, 2022
Opinion Delivered January 13, 2022

Before Golemon, C.J., Horton and Johnson, JJ.